IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOE LARA, MIGUEL VELAZQUEZ, JUAN CANO, GENARO RODRIGUEZ, and DANIEL FLORES § § § § **Plaintiffs,** § § vs. § § AL CAVAZOS, LANETTE CAVAZOS, § and 2216, INC., § § **Defendants.** | CIVIL ACTION NO. 4:11-CV-875 Jury Demanded |

## JOINT MOTION TO ABATE SCHEDULING ORDER

**COME NOW** Plaintiffs Joe Lara, Miguel Velazquez, Juan Cano, Genaro Rodriguez, and Daniel Flores ("Plaintiffs") and Al Cavazos, Lanette Cavazos, and 2216, Inc. ("Defendants") (collectively hereinafter the "Parties") and file this Joint Motion to Abate Scheduling Order, and in support thereof would show as follows:

On April 10, 2013, the counsel for the Parties reached a tentative settlement agreement pending approval by the individual Plaintiffs. The Parties anticipate knowing the status of settlement within thirty (30) days. Assuming the individual Plaintiffs approve the proposed settlement, the Parties will file the necessary dismissal documents by June 1, 2013. Accordingly the Parties request this Court abate the Court's Scheduling Order and administratively close the above-captioned matter until June 1, 2013 to allow the Parties the opportunity to file the necessary dismissal documents.

CONCLUSION

For the foregoing reasons, the Parties respectfully request the Court abate the Court's Scheduling Order and administratively close the above-captioned matter until June 1, 2013 so the Parties may file dismissal documents.

Respectfully submitted,

/s/Matthew W. Bobo
Matthew W. Bobo
State Bar No. 24006860
mbobo@mwblawyer.com
Tim Miller
State Bar No. 24032747
tmiller@mwblawyer.com

3500 Hulen Street, Suite 100
Fort Worth, Texas 76107
(817) 529-0774 (Telephone)
(817) 698-9401 (Facsimile)

Chip N. Searcy
State Bar No. 24034673
SHACKELFORD, HAWKINS & SEARCY, P.C.
3001 Halloran Street
Fort Worth, Texas 76107
(817) 386-2881 (Telephone)
(817) 386-3077 (Facsimile)
chip@shsfirm.com

**ATTORNEYS FOR PLAINTIFFS**

AND

**THE COLES FIRM P.C.**
4925 Greenville Ave., Suite 1250
Dallas, Texas 75206
(214) 443-7860 (Telephone)
(972) 692-7145 (Facsimile)

By:  /s/ Michael E. Coles
     Michael E. Coles, Lead Attorney
     State Bar No. 24007025

        Dustin A. Paschal, Of Counsel
        State Bar No. 24051160

        Paul W. Simon, Of Counsel
        State Bar No. 24060611

        **ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2013, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

        /s/ Michael E. Coles
        ONE OF COUNSEL