IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOE LARA, MIGUEL VELAZQUEZ, JUAN CANO, GENARO RODRIGUEZ, and DANIEL FLORES, <br><br> Plaintiffs, <br><br> vs. <br><br> AL CAVAZOS, LANETTE CAVAZOS, and 2216, INC., <br><br> Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 4:11-CV-875 <br><br><br> Jury Demanded |

## JOINT NOTICE REGARDING SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to this Court's April 24, 2013 *Order Granting Motion to Abate and Closing Case*, Plaintiffs Joe Lara, Miguel Velazquez, Juan Cano, Genaro Rodriguez, and Daniel Flores and Defendants Al Cavazos, Lanette Cavazos, and 2216, Inc. (hereinafter collectively referred to as the "Parties") submit the following Joint Notice Regarding Settlement.

The Parties have generated settlement documents which counsel for Plaintiffs and Defendants have approved. The Parties are waiting on all signatures before they can file the necessary dismissal documents identified in the Court's April 24, 2013 Order. Accordingly, the Parties request the Court allow the Parties until June 15, 2013 to file all necessary dismissal documents.

            Respectfully submitted,

            THE LAW OFFICE OF MATTHEW BOBO, PLLC

            By:   /s/Matthew W. Bobo w/_____
                    permission by Michael E. Coles
                    Matthew W. Bobo

       State Bar No. 24006860
       mbobo@mwblawyer.com
       Tim Miller
       State Bar No. 24032747
       tmiller@mwblawyer.com

       3500 Hulen Street, Suite 100
       Fort Worth, Texas 76107
       (817) 529-0774 (Telephone)
       (817) 698-9401 (Facsimile)

       Chip N. Searcy
       State Bar No. 24034673
       SHACKELFORD, HAWKINS & SEARCY, P.C.
       3001 Halloran Street
       Fort Worth, Texas 76107
       (817) 386-2881 (Telephone)
       (817) 386-3077 (Facsimile)
       chip@shsfirm.com

       **ATTORNEYS FOR PLAINTIFFS**

       and

       **THE COLES FIRM P.C.**
       4925 Greenville Ave., Suite 1250
       Dallas, Texas 75206
       (214) 443-7860 (Telephone)
       (972) 692-7145 (Facsimile)

       By: /s/ Michael E. Coles
           Michael E. Coles, Lead Attorney
           State Bar No. 24007025
           Dustin A. Paschal
           State Bar No. 24051160
           Paul W. Simon
           State Bar No. 24060611

       **ATTORNEYS FOR DEFENDANTS**